1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARTY RUSS PORTER,<br><br>        Defendant. | Case No. 15-cr-70068 MAG<br><br>**DETENTION ORDER**<br><br>Hearing: January 29, 2015 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the court on January 29, 2015, held a detention hearing to determine whether any condition or combination of conditions will reasonably assure the appearance of the defendant ARTY RUSS PORTER as required and the safety of any other person and the community. Defendant Porter was present, represented by his attorney AFPD Graham Archer. The United States was represented by Assistant U.S. Attorney Susan Knight. Porter is charged by indictment in the Eastern District of Arkansas with conspiracy to distribute and possess with the intent to distribute a controlled substance (methamphetamine) in violation of 21 U.S.C. §§ 841and 846, and two counts of use of a communications facility in furtherance of a drug trafficking crime, in violation of 21 U.S.C. § 843(b). The defendant is presumed innocent of the

charges.

The detention hearing was held publicly.  Both parties were advised of their opportunity to call witnesses and to present evidence.  The defendant was advised of his right to seek a further detention hearing in the district where he is charged.

I. PRESUMPTIONS

/X / There is probable cause based upon the Indictment to believe that the defendant has committed an offense for which a maximum term of imprisonment of 10 years or more is prescribed in 21 U.S.C. § 801 et seq., § 951 et seq., or § 955a et seq.,

II. REBUTTAL OF PRESUMPTIONS

/ X / The defendant has not come forward with sufficient evidence to rebut the applicable presumption, and he therefore will be ordered detained.

III. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS

/ X / The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows: The Court adopts the facts set forth in the Pretrial Services (PTS) Report prepared January 28, 2015, supplemented by information presented at the hearing.  The Court finds by more than clear and convincing evidence that the defendant poses a serious danger to the community that may not reasonably be mitigated by a combination of release conditions.  The following factors establish the danger: lengthy, and recent criminal record, including 34 criminal convictions; poor performance during past supervision, including two warrants for probation violations and a bench warrant for failure to appear; history of drug use.  These same factors, plus defendant's attempt to flee at the time of arrest in this case, and a lack of stable residence and employment, establish by more than a preponderance of the evidence that defendant's release would present a risk of non-appearance that could not reasonably be mitigated through one or more conditions of release.

Potential sureties were identified, but not examined at the hearing.

IV. DETENTION DIRECTIONS

The defendant is committed to the custody of the Attorney General or his designated

2

1   representative for confinement in a corrections facility separate to the extent practicable

2   from persons awaiting or serving sentences or being held in custody pending appeal. The

3   defendant shall be afforded a reasonable opportunity for private consultation with defense

4   counsel.  On order of a court of the United States or on the request of an attorney for the

5   Government, the person in charge of the corrections facility shall deliver the defendant to

6   the United States Marshal for the purpose of an appearance in connection with a court

7   proceeding.

8          IT IS SO ORDERED.

9       Date: January 30, 2015

10                                              Nathanael M. Cousins
                                                United States Magistrate Judge